| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wood, Diane P. | Court of Appeals for the Seventh Circuit | 4/3/95 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - nominee | X Nomination, Date 3/31/95 ___ Initial ___ Annual ___ Final | 1/1/94 to 4/2/95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| U.S. Dept. of Justice, Antitrust Div. 10th & Constitution Ave., NW - Rm 311[illegible] Washington, DC 20530 | Reviewing Officer Signature _____ |

IMPORTANT NOTES: [illegible]

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Professor | University of Chicago Law School, Chicago, IL |
| Consultant | Rosenthal & Schanfeld, Chicago, IL |

(SEE ATTACHMENT 1)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Future teaching | No formal dated agreement. Parties would be The University of Chicago Law School and myself. Terms would be teaching subject to the approval of the Chief Judge of the Circuit, and consistent with all applicable laws and rules. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | University of Chicago Law School - 1993 professor from 1/93 to 8/93 | $ 81,955 |
| 2 | Organization for Economic Cooperation & Development - consulting, 1993 (prepared study on merger procedure) | $ 31,600 |
| 3 | Rosenthal & Schanfeld, Chicago, IL - 1993 consulting services on international treaty interpretation | $ 6,750 |
| 4 | University of Chicago, 1994 salary (S) | $ |
| 5 | (SEE ATTACHMENT 2) | $ |

Form AO-10
Report date: April 3, 1995


ATTACHMENT 1


I.    POSITIONS -- continued

       Consultant          Organisation for Economic Co-operation and Development,
                           Paris, France

       Consultant          Quarles & Brady, Milwaukee, WI

       Consultant          Gardner, Carton & Douglas, Chicago, IL

       Lecturer            Fourth Presbyterian Church, Chicago, IL

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting  Diane P. Wood | Date of Report  4/3/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals '(S)' and '(DC)' to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|

☐ NONE (No such reportable reimbursements or gifts)

EXEMPT

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals '(S)' and '(DC)' to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

☐ NONE (No such reportable gifts)

| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical '(S)' for separate liability of spouse, '(J)' for joint liability of reporting individual and spouse, and '(DC)' for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|

☒ NONE (No reportable liabilities)

* VALUE CODES: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting: Diane P. Wood | Date of Report 4/3/95 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| Description of Assets | Income | Gross Value | Transactions during reporting period | | |
|---|---|---|---|---|---|
| NONE (no reportable income, assets, or transactions) | | | EXEMPT | | |
| Teachers Insurance & Annuity Ass'n (TIAA) | D | int. | M | T | |
| College Retirement Equities Fund (CREF) | A | loss | M | T | |
| TIAA (S) | D | int. | M | T | |
| CREF (S) | D | apprec | M | T | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Diane P. Wood | 4/3/95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

The TIAA and CREF accounts described in Part VII are not income-producing at this time. The value of accumulations in each either increases or decreases from year to year, depending on the market. The "income" columns reflect interest credited on TIAA accumulations and portfolio appreciation (or depreciation) for CREF.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Diane P. Wood_       Date _April 3, 1995_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001L)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to: Judicial Ethics Committee, Administrative Office of the United States Courts, Washington, DC 20544